# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

EARL CROSBY, et al.,

    Plaintiffs,

v.

TWITTER, INC., GOOGLE LLC, and FACEBOOK, INC.,

    Defendants.

Case No. 2:16-CV-14406-DML-DRG

Judge: Hon. David M. Lawson
Magistrate Judge: Hon. David R. Grand

## NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with their pending motion to dismiss Plaintiffs' First Amended Complaint, Defendants respectfully submit as supplemental authority the Second Circuit's recent ruling in *Linde v. Arab Bank, PLC*, Nos. 16-2119-CV (L), 16-2098-CV (CON), 16-2134-CV (CON), ECF No. 223-1 (2d Cir. Feb. 9, 2018) (Exhibit 1), which supports Defendants' positions regarding the "act of international terrorism" element and causation under the Anti-Terrorism Act. *See Linde*, slip op. at 22–28, 34.

Dated:  February 14, 2018

By: s/ with consent of Kristin A. Linsley
**Kristin A. Linsley (CA 154148)**
**Jeana Bisnar Maute (CA 290573)**
**Sheli Chabon (CA 306739)**
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
(415) 393-8200
klinsley@gibsondunn.com
jbisnarmaute@gibsondunn.com
schabon@gibsondunn.com

**Thomas W. Cranmer (P25252)**
**David D. O'Brien (P65532)**
MILLER, CANFIELD, PADDOCK
    STONE, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
obrien@millercanfield.com

Attorneys for Defendant
FACEBOOK, INC.

By: *s/ Brian M. Willen*
**Brian M. Willen (P75110)**
WILSON SONSINI
    GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
New York, NY 10019
(212) 999-5800
bwillen@wsgr.com

Attorneys for Defendant
GOOGLE LLC

By: s/ with consent of Patrick J. Carome
**Seth P. Waxman**
**Patrick J. Carome**
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6800
seth.waxman@wilmerhale.com
patrick.carome@wilmerhale.com

**Leonard M. Niehoff (P36695)**
**J. Michael Huget (P39150)**
HONIGMAN, MILLER, SCHWARZ &
    COHN, LLP
130 South First Street, 4th Floor
Ann Arbor, MI 48104
(734) 418-4246
lniehoff@honigman.com
mhuget@honigman.com

Attorneys for Defendant
TWITTER, INC.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I caused the foregoing Notice of Supplemental Authority to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: *s/ Brian M. Willen*
**Brian M. Willen (P75110)**
WILSON SONSINI
   GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
New York, NY 10019
(212) 999-5800
bwillen@wsgr.com

Attorneys for Defendant
GOOGLE LLC