UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL CROSBY, individually and as successor-in-interest of the ESTATE OF TEVIN EUGENE CROSBY, LISA CROSBY, SHENETRA PARKER-HARRIS, CHAVIS CROSBY, CELIA RUIZ, individually and as successor-in-interest of the ESTATE OF JUAN RAMON GUERRERO, JR., JUAN RAMON GUERRERO, MAYA GUERRERO, ARYAM GUERRERO, OSVALDO VAZQUEZ, YAZMIN REYES, individually and as successor-in-interest of the ESTATE OF JAVIER JORGE-REYES, PEDRO JORGE DIAZ, IRIS REYES SANTIAGO, PEDRO JORGE REYES, GABRIEL JORGE REYES, and LIZ M. JORGE-REYES, CHRIS LITTLESTAR, MARIA C. SANFELIZ-MENDOZA, individually and as successor-in-interest of the ESTATE OF CHRISTOPHER JOSEPH SANFELIZ, NICHOLAS PEREZ, ANGEL MENDEZ, CHRISTINE LEINONEN, individually and as Successor-in-interest of the ESTATE OF CHRISTOPHER LEINONEN, JILLIAN AMADOR, STANLEY ALMODOVAR, individually and as successor-in-interest of the ESTATE OF STANLEY ALMODOVAR, III, ASAEL ABAD, LYDIA PEREZ, individually and as successor-in-interest of the ESTATE OF JEAN CARLOS MENDEZ PEREZ, ALVIN MENDEZ, JOSE LUIS VIELMA, individually and as successor-in-interest of the ESTATE OF LUIS SERGIO VIELMA, JACKSON J. JOSAPHAT, individually and as successor-in-interest of the ESTATE OF JASON B. JOSAPHAT, and CARLOS SANFELIZ, individually and as successor-in-interest of the ESTATE OF CHRISTOPHER JOSEPH SANFELIZ,

Case Number 16-14406
Honorable David M. Lawson

**JUDGMENT**

        Plaintiffs,

v.

TWITTER, INC., GOOGLE, INC., and FACEBOOK, INC.,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: March 30, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 30, 2018.

s/Susan Pinkowski
SUSAN PINKOWSKI