## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 08, 2019

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 18-1426, *Earl Crosby, et al v. Twitter, Inc., et al*
Originating Case No. 2:16-cv-14406

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin Baker
Case Management Specialist
Direct Dial No. 513-564-7014

cc: Mr. Keith L. Altman
  Mr. Patrick Joseph Carome
  Mr. Joseph Abraham Gorman
  Mr. Ari Holtzblatt
  Ms. Kelly M. Knoll
  Ms. Kristin Andrea Linsley
  Mr. Aaron David Mackey
  Mr. Seth P. Waxman
  Mr. Daniel Weininger
  Mr. Brian M. Willen

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1426

_____

Filed: May 08, 2019

EARL CROSBY, Individually and as Successor-In-Interest of the Estate of Tevin Eugene Crosby; ESTATE OF TEVIN EUGENE CROSBY; LISA CROSBY; SHENETRA PARKER-HARRIS; CHAVIS CROSBY; CELIA RUIZ, Individually and as Successor-In-Interest of the Estate of Juan Ramon Guerrero, Jr.; ESTATE OF JUAN RAMON GUERRERO, JR.; JUAN RAMON GUERRERO; MAYA GUERRERO; ARYAM GUERRERO; OSVALDO VAZQUEZ; YAZMIN REYES, Individually and as Successor-In-Interest of the Estate of Javier Jorge-Reyes; ESTATE OF JAVIER JORGE-REYES; PEDRO JORGE DIAZ; IRIS REYES SANTIAGO; PEDRO JORGE REYES; GABRIEL JORGE REYES; LIZ M. JORGE-REYES; CHRIS LITTLESTAR; ESTATE OF JASON B. JOSAPHAT; ESTATE OF JEAN CARLOS MENDEZ PEREZ; MARIA C. SANFELIZ-MENDOZA, Individually and as Successor-In-Interest of the Estate of Christopher Joseph Sanfeliz; NICHOLAZ PEREZ; ANGEL MENDEZ; CHRISTINE LEINONEN, Individually and as Proposed Successor-In-Interest of the Estate of Christopher Leinonen; ESTATE OF CHRISTOPHER LEINONEN; ESTATE OF STANLEY ALMODOVAR, III; JILLIAN AMADOR; STANLEY ALMODOVAR, Individually and as Successor-In-Interest of the Estate of Stanley Almodovar, III; ASAEL ABAD; ESTATE OF LUIS SERGIO VIELMA; LYDIA PEREZ, Individually and as Successor-In-Interest of the Estate of Jean Carlos Mendez Perez; ALVIN MENDEZ; JOSE LUIS VIELMA, Individually and as Successor-In-Interest of the Estate of Luis Sergio Vielma; ESTATE OF CHRISTOPHER JOSEPH SANFELIZ; JACKSON J. JOSAPHAT, Individually and as Successor-In-Interest of the Estate of Jason B. Josaphat; CARLOS SANFELIZ, Individually and as Successor-In-Interest of the Estate of Christopher Joseph Sanfeliz

   Plaintiffs - Appellants

v.

TWITTER, INC.; FACEBOOK, INC.; GOOGLE, LLC

   Defendants - Appellees

## MANDATE

 Pursuant to the court's disposition that was filed 04/16/2019 the mandate for this case hereby issues today.

 COSTS: None